# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAUL CASTONGUAY SR.,** ) | **CASE NO. 4:10CV3013** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **JACK TAFF, and CATHY TAFF,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in forma pauperis ("IFP"). (Filing No. 14.) Plaintiff has previously been granted leave to appeal IFP in this matter. (Filing No. 11.) Therefore, Plaintiff's Motion is denied as moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Appeal IFP (Filing No. 14) is denied as moot.

DATED this 16th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.